DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAURA SARENTINO** and
**STANLEY SARENTINO,**
Appellants,

v.

**HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,**
Appellee.

No. 4D2023-0293

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-20-003521.

Christopher Herrera of Font & Nelson, PLLC, Fort Lauderdale, for appellants.

Matthew C. Scarfone of Colodny Fass, Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***